BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MADDOX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00141 SBA |
| | ) | |
| Plaintiff, | ) | **STIPULATED REQUEST TO** |
| | ) | **CONTINUE HEARING DATE TO** |
| v. | ) | **APRIL 28, 2009 AND TO EXCLUDE** |
| | ) | **TIME UNDER THE SPEEDY TRIAL** |
| | ) | **ACT AND ORDER** |
| JAMAR MADDOX, | ) | |
| | ) | |
| Defendant. | ) | Hearing Date: April 7, 2009 |
| | ) | Time:        9:00 a.m. |
| _____ | ) | |

The above-captioned matter is set on April 7, 2009 before this Court for a status hearing. The parties jointly request that this Court continue the matter to April 28, 2009 at 9:00 a.m. and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between the date of this stipulation and April 28, 2009.

This is a felon in possession of a firearm case, and Mr. Maddox has not yet made his first appearance before the Court. The current status of the case is that the parties are engaged in plea negotiations and anticipate coming to an agreed-upon resolution of this case. However, the defense requires investigation and review of additional records which are relevant to a negotiated disposition of the case. For example, defense counsel needs to obtain records from Mr. Maddox's prior state convictions to confirm his Criminal History Category under the Sentencing

1  Guidelines.  Counsel also needs to conduct an evidence view and to further investigate this case.

2  The requested continuance will allow the defense to investigate this case, to obtain and

3  review necessary records, and for the parties to continue their plea negotiations.  The failure to

4  grant such a continuance would unreasonably deny counsel for the defendant the reasonable time

5  necessary for effective preparation, taking into account the exercise of due diligence.

6  The parties further stipulate and agree that the time from the date of this Stipulation to

7  April 28, 2009, should be excluded in accordance with the provisions of the Speedy Trial Act, 18

8  U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

9

10  DATED: April 2, 2009                    _____/S/_____
                                            W. DOUGLAS SPRAGUE
11                                          Assistant United States Attorney

12
    DATED: April 2, 2009                    _____/S/_____
13                                          ANGELA M. HANSEN
                                            Assistant Federal Public Defender
14

15  I hereby attest that I have on file all holographed signatures for any signatures indicated
    by a conformed signature (/s/) within this e-filed document.
16

17

18

19

20

21

22

23

24

25

26

1

# ORDER

2        Based on the reasons provided in the stipulation of the parties above, the Court hereby

3 FINDS:

4        1.       The ends of justice served by the granting of the continuance from April 7, 2009

5 until April 28, 2009, outweigh the best interests of the public and the defendant in a speedy and

6 public trial because an investigation and the collection and review of prior conviction records are

7 necessary to the defense preparation of the case.

8        2.       Given counsel's need to obtain additional records and to investigate this case, the

9 failure to grant the requested continuance would unreasonably deny the defendant's counsel the

10 reasonable time necessary for effective preparation, taking into account due diligence.

11        Based on these findings, IT IS HEREBY ORDERED that time is excluded under the

12 Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) from the date of this Stipulation to

13 April 28, 2009.

14        IT IS FURTHER ORDERED that the STATUS date of April 7, 2009, scheduled at 9:00

15 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for April 28, 2009, at

16 9:00 a.m.

17

18 DATED:4/6/09                                   _____
                                                  HON. SAUNDRA BROWN ARMSTRONG
19                                                      United States District Judge

20

21

22

23

24

25

26