BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MADDOX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   ) <br>Plaintiff,  )<br>   )<br>v.   )<br>   )<br>   )<br>JAMAR MADDOX,  )<br>   )<br>Defendant.   )<br>   )<br>_____ ) | No. CR-09-00141 SBA<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO SEPTEMBER 22, 2009 FOR JUDGMENT AND SENTENCING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND ORDER<br><br>Hearing Date: May 12, 2009<br>Time:          11:00 a.m. |

The above-captioned matter is set on May 12, 2009 before this Court for change of plea. The parties jointly request that the Court continue the matter to September 22, 2009 at 10:00 a.m. for judgment, plea and sentencing, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), between the date of this stipulation and September 22, 2009.

Mr. Maddox is charged under 18 U.S.C. § 922(g) with being a felon in possession of a firearm. The parties have reached a Federal Rule of Criminal Procedure 11(c)(1)(C) plea agreement and request that the Court take the parties' proposed plea agreement under submission and refer this matter to the United States Probation Office for a pre-plea presentence investigation.

If the Court agrees to take the parties' proposed agreement under submission, the parties

agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(G) based on the Court's consideration of the proposed plea agreement to be entered into by the defendant and the attorney for the Government.  A copy of the plea agreement and a signed consent to institute a pre-plea presentence investigation will be submitted together with the Court's courtesy copy of this stipulation.  These documents have not been e-filed.

DATED: May 6, 2009                         /S/
                                 W. DOUGLAS SPRAGUE
                                 Assistant United States Attorney

DATED: May 6, 2009                         /S/
                                 ANGELA M. HANSEN
                                 Assistant Federal Public Defender

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that the parties have reached a Rule 11(c)(1)(C) agreement and have submitted that agreement to the Court for consideration;

2. Given that Mr. Maddox has signed a consent to institute a presentence investigation and to disclose the report before plea of guilty;

3. Given that the Court will take that plea agreement under submission until the United States Probation Office can prepare a pre-plea presentence investigation report;

Based on these findings, IT IS HEREBY ORDERED that this matter is referred to the United States Probation Office to prepare a pre-plea presentence investigation report. IT IS FURTHER ORDERED that the change of plea date det for May 12, 2009, scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and this matter is reset to September 22, 2009, at 10:00 a.m., for judgment, plea and sentencing.

IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G) from the date of this Stipulation to September 22, 2009 based on the Court's consideration of the proposed plea agreement to be entered into by the defendant and the attorney for the government.

DATED: 5/11/09

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge