1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  BRIAN C. LEWIS (DCBN 476851)
   Assistant United States Attorney
5        1301 Clay Street, Suite 340S
         Oakland, California 94612
6        Telephone: (510) 637-3680
         Facsimile:  (510) 637-3724
7        E-Mail: brian.lewis@usdoj.gov

8  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 11-0522 SBA |
|---|---|---|
|  | ) | 09-0141 SBA |
| Plaintiff, | ) |  |
|  | ) | **STIPULATION AND ORDER TO SET FOR** |
| v. | ) | **ADMISSION AND SENTENCING** |
|  | ) |  |
| JAMAR MADDOX, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

The parties appeared before this Court on August 26, 2013, for a bail review hearing, and set the matter for further status on August 29, 2013. However, the parties have reached a tentative resolution, and ask the Court to put the matter on the district court's calendar for admission and sentencing. The deputy clerk for the district court advised that the next available date for admission and sentencing is October 1, 2013, at 10:00 a.m. Accordingly, with the agreement of counsel for the parties and the defendant, the Court now finds and holds as follows:

//

//

//

//

ORDER CONTINUING HEARING
CR 09-0141 AND 11-0522 SBA

1.  The August 29, 2013 status hearing is VACATED.

2.  The case is set for Admission and Sentencing on October 1, 2013, at 10:00 a.m. before the district court.

IT IS SO STIPULATED.

DATED: August 29, 2013

/s/
BRIAN BERSON
Counsel for Jamar Maddox

DATED: August 29, 2013

/s/
BRIAN C. LEWIS
Assistant United States Attorney

IT IS SO ORDERED.

DATED:  8/29/2013

GRANTED

DONNA M. RYU
United States District Judge

ORDER CONTINUING HEARING
CR 09-0141 AND 11-0522 SBA